## Sarah Fixico PORTER v. Maria Fixico STEVENS et al.
### No. 1070.

Circuit Court of Appeals, Tenth Circuit.
April 1, 1934.

W. M. Gulager, of Muskogee, Okl., for appellant.

Wall, Winsor & Boyer, of Wichita, Kan., for appellees.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

## Calvin E. REED v. UNITED STATES of America.
### No. 6778.

Circuit Court of Appeals, Sixth Circuit.
May 8, 1934.

Shaw & McIntyre, of Grand Rapids, Mich., for appellant.

Jos. M. Donnelly, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM.

Docketed and dismissed upon motion of appellee.

## ESTATE OF Sidney ROSENFELD, Mortimer C. Rosenfeld, Emma R. Fox, and Bertha Rosenfeld, Executors, v. COMMISSIONER OF INTERNAL REVENUE.
### No. 6479.

Circuit Court of Appeals, Sixth Circuit.
May 9, 1934.

McKeehan, Merrick, Arter & Stewart, of Cleveland, Ohio, for petitioners.

C. M. Charest, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Order of Board of Tax Appeals reversed, and cause remanded.